

# NUMBER 13-17-00655-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**TEXAS POLITICAL SUBDIVISIONS
PROPERTY/CASUALTY JOINT SELF
INSURANCE FUND,**                                                          **Appellant,**

**v.**

**PHARR SAN JUAN ALAMO ISD,**                                             **Appellee.**

---

### On appeal from the County Court at Law No. 4
### of Hidalgo County, Texas.

---

# O R D E R

### Before Chief Justice Contreras and Justices Longoria and Perkes
### Order Per Curiam

This cause is before the Court on the appellate record and briefs. The Reporter's Record Volume 3, Plaintiff's Exhibit 16 pages 154-157 contains "Copy Colored Photograph of E-ZGo Cart." The three photo copies are black and white and poor quality.

The county clerk is hereby ORDERED to forward the original Plaintiff's Exhibit 16 "Copy Colored Photograph of E-ZGo Cart" to this Court within fifteen days from the date of this order.

PER CURIAM

Delivered and filed the
30th day of May, 2019.